**Order entered January 26, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00214-CR

**PHILIP KRAMER TAGGART, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-84192-2018**

### ORDER

Appellant's motion for extension of time to file appellant's brief is **GRANTED**, and we **ORDER** the brief received with the motion filed as of the date of this order.

/s/    ERIN A. NOWELL
       JUSTICE